849 A.2d 1130

**Mark A. WENSEL, Respondent**

v.

**Janice A. WENSEL, Petitioner.**

Supreme Court of Pennsylvania.

April 19, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of April, 2004, the Petition for Allowance of Appeal is hereby **GRANTED** to consider the following issue:

Whether the Superior Court erred in affirming the trial court's dismissal of Petitioner's exceptions based on Berks County Local Rule 1920.55, when Rule 1920.55 is in conflict with Pennsylvania Rule of Civil Procedure 239(f).